**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERICA JOAN BUFANDA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LELAND DUDEK, Acting Commissioner of Social Security Administration,<br><br>　　　　Defendant. | Case No. 2:23-cv-10823-SP<br><br>**JUDGMENT** |

Pursuant to the Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and this action is dismissed with prejudice.

Dated: March 30, 2025

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　SHERI PYM
　　　　　　　　　　　　　　　　　　United States Magistrate Judge